IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01802-REB-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

   Plaintiff,

v.

TRINITY UNIVERSAL INSURANCE OF KANSAS, a Kansas corporation,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **Unopposed Motion to Modify the Scheduling Order** [Docket No. 25; Filed October 31, 2012] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**.  Accordingly,

   IT IS FURTHER **ORDERED** that the Scheduling Order entered on October 18, 2012 [#24] is amended to extend the Deadline for Joinder of Parties and Amendment of Pleadings from the current date of November 30, 2012 to **December 21, 2012**.

   Dated:  November 2, 2012