IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01802-REB-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

   Plaintiff,

v.

TRINITY UNIVERSAL INSURANCE OF KANSAS, a Kansas corporation,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **Unopposed Motion for Leave to File Third Party Complaint** [Docket No. 28; Filed December 20, 2012] (the "Motion"). The Motion is filed before the December 21, 2012 deadline set by the Court for the joinder of parties and amendment of pleadings. *See Minute Order* [#27]. Thus, the Motion is timely. Accordingly,

   IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**.

   IT IS FURTHER **ORDERED** that Defendant's Third Party Complaint [#29] is accepted for filing as of December 20, 2012.

   Dated:  December 21, 2012