IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01802-REB-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

   Plaintiff,

v.

TRINITY UNIVERSAL INSURANCE OF KANSAS, a Kansas corporation,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **Amended Unopposed Motion for Extension of Time to File a Response to Axis Surplus Insurance Company's Motion to Dismiss Third Party Complaint for Failure to State a Claim Pursuant to Rules 12(b)(6) and 12(d) of the Federal Rules of Civil Procedure (Doc. No. 44, Filed 02/21/13)** [Docket No. 53; Filed March 14, 2012] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion [#53] is **DENIED as moot**.  The Motion to Dismiss [#44] was terminated by the Court on February 22, 2013.  Further, the Court has already ordered that Defendant shall file a Response to the pending Motion to Dismiss [#48] on or before March 21, 2013.  *Minute Order* [#54].

   Dated:  March 18, 2013