IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01802-REB-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

   Plaintiff,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas corporation,

   Defendant and Third Party Plaintiff,

v.

AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,
AUTO OWNERS INSURANCE COMPANY, a Michigan corporation, and
OWNERS INSURANCE COMPANY, an Ohio corporation,

   Third Party Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Third Party Defendant AXIS Surplus Insurance Company's ("AXIS") **Motion to Dismiss Third Party Complaint for Failure to State a Claim Pursuant to Rules 12(b)(6) and 12(d) of the Federal Rules of Civil Procedure** [Docket No. 48; Filed February 22, 2013] (the "Motion"). On July 11, 2013, Third Party Defendant AXIS filed a Notice of Settlement [#87] between it and Third Party Plaintiff Trinity Universal Insurance Company of Kansas. Accordingly,

   IT IS HEREBY **ORDERED** that the Motion [#48] is **DENIED as moot**.

   Dated: July 12, 2013