**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01802-REB-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas corporation,

    Defendant and Third-Party Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation, and
OWNERS INSURANCE COMPANY, an Ohio corporation,

    Third-Party Defendants.

## ORDER

**Blackburn, J.**

The matter is before me on the **Motion to Withdraw Jury Demand by All Parties** [#127][1] filed October 31, 2013. After reviewing the motion, the record, and the provisions of Fed. R. Civ. P. 38(d) and 39(a)(1), the court concludes that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion to Withdraw Jury Demand by All Parties** [#127] filed October 31, 2013, is **GRANTED**;

---

[1] "[#127]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That the trial by jury set to commence December 2, 2013, is **CONVERTED** to a trial to the court without a jury; and

3. That the court **SHALL ENTER** a second Trial Preparation Conference Order which shall supplant and supersede the extant **Trial Preparation Conference Order** [#22] entered October 18, 2012.

Dated  November 4, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge