**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01802-REB-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas corporation,

    Defendant and Third-Party Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation, and
OWNERS INSURANCE COMPANY, an Ohio corporation,

    Third-Party Defendants.

## ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT

**Blackburn, J.**

    This matter is before me on the following: (1) **Trinity's Motion for Partial Summary Judgment Concerning Trinity's Third Party Claim for Declaratory Relief and Owners' Defense No. 2** [#108][1] filed September 6, 2013; and (2) the third-party defendants' **Motion for Summary Judgment** [#109] filed September 6, 2013.  The parties filed responses [#114 & #116] and replies [#123 & #124].  I deny both motions.

    I have jurisdiction over this case under 28 U.S.C. § 1367 (supplemental).  I have reviewed the motions, the responses, the replies, and the apposite arguments,

---

[1] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

authorities, and evidence presented by the parties. It is apparent that there exist genuine issues of material fact that are not appropriate for summary resolution.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Trinity's Motion for Partial Summary Judgment Concerning Trinity's Third Party Claim for Declaratory Relief and Owners' Defense No. 2** [#108] filed September 6, 2013, is **DENIED**;

2. That the third-party defendants' **Motion for Summary Judgment** [#109] filed September 6, 2013, is **DENIED**.

Dated November 15, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge