**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01802-REB-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

      Plaintiff,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas corporation,

      Defendant and Third-Party Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation, and
OWNERS INSURANCE COMPANY, an Ohio corporation,

      Third-Party Defendants.

---

**MINUTE ORDER**[1]

---

    The plaintiff and defendant have notified the court that they have reached a settlement of the plaintiff's claims against the defendant.  As a result of the settlement, the court **DENIES** the following motions and moot:

- **Bituminous Casualty Corporation's Motion For Summary Judgment** [#60] filed April 19, 2013;

- **F.R.E. 702 Motion To Preclude Expert Testimony of David McClain** [#101] filed August 26, 2013;

- **Bituminous Casualty Corporation's Motion To Strike Roger H. Buelow's Expert Report and Testimony** [#104] filed August 29, 2013;

- **Defendant and Third Party Plaintiff's, Trinity Universal Insurance**

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

**Company of Kansas, Consolidated Motion For Summary Judgment on Plaintiff's Complaint and Motion For Determination of Law** [#107] filed September 6, 2013; and

• **Motion to Strike Exhibit A to Bituminous Casualty Corporation's Opposition to Trinity's F.R.E. 702 Motion to Preclude Expert Testimony of David McLain (Doc. #110, filed 9/16/13)** [#117] filed September 30, 2013.

Dated:  November 21, 2013