**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01802-REB-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas corporation,

    Defendant and Third-Party Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation, and
OWNERS INSURANCE COMPANY, an Ohio corporation,

    Third-Party Defendants.

**ORDER OF DISMISSAL OF CLAIMS BETWEEN BITUMINOUS CASUALTY
CORPORATION AND TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS**

The matter is before me on the **Notice of Dismissal of Claims Between Bituminous Casualty Corporation and Trinity Universal Insurance Company of Kansas** [#154][1] filed December 23, 2013. Having reviewed the file and the record, I conclude that the notice should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal of Claims Between Bituminous Casualty Corporation and Trinity Universal Insurance Company of Kansas** [#154] is

---

[1] "[#154]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**APPROVED**;

2.  That the claims between Bituminous Casualty Corporation and Trinity Universal Insurance Company of Kansas are **DISMISSED WITH PREJUDICE**; and

3.  That Bituminous Casualty Corporation and Trinity Universal Insurance Company of Kansas each shall bear their own respective costs and attorney fees.

Dated February 6, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge