# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01802-REB-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas corporation,

    Defendant and Third-Party Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation, and
OWNERS INSURANCE COMPANY, an Ohio corporation,

    Third-Party Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Findings of Fact, Conclusions of Law, and Orders** [#155] entered by Judge Robert E. Blackburn on February 6, 2014, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That each of the five third-party claims asserted by third-party plaintiff, Trinity Universal Insurance Company of Kansas, against third-party defendant, Auto-Owners Mutual Insurance Company, is **RESOLVED** against the third-party plaintiff, Trinity Universal Insurance Company of Kansas, and in favor of third-party defendant Auto-Owners Mutual Insurance Company;

2. That each of the five third-party claims asserted by third-party plaintiff, Trinity Universal Insurance Company of Kansas, against third-party defendant, Owners Insurance Company, is **RESOLVED** against the third-party plaintiff, Trinity Universal Insurance Company of Kansas, and in favor of third-party defendant, Owners Insurance Company;

3. That **JUDGMENT IS ENTERED** in favor of the third-party defendants, Auto-Owners Mutual Insurance Company, a Michigan Corporation, and Owners Insurance Company, an Ohio corporation, against the third-party plaintiff, Trinity Universal Insurance Company of Kansas, on each of the five third-party claims asserted by third-party plaintiff, Trinity Universal Insurance Company of Kansas; and

4. That the third-party defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 7th day of February, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
    Kathleen Finney
    Deputy Clerk